# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

1347 PROPERTY INSURANCE
HOLDINGS INC.,

                        Plaintiff,

v.

FOLEY & LARDNER LLP,

                       Defendant.

Case No. 16-CV-1726-JPS

**ORDER**

        On March 10, 2017, Defendant filed a motion to dismiss this action for lack of subject matter, specifically diversity, jurisdiction. (Docket #12). Therein, Defendant argues that both Plaintiff and one of Defendant's partners are citizens of Florida, destroying diversity. *See* (Docket #14). On March 31, 2017, the day its response to the motion was due, Plaintiff filed a motion to stay Defendant's motion so that it might conduct limited discovery into the matter. (Docket #15). The Court will grant Plaintiff's motion and reset its response due date to May 15, 2017. The Court further notes that, if the information Plaintiff obtains shows that Defendant's position is correct, it should promptly submit its non-opposition to Defendant's motion or otherwise stipulate to dismissal of this matter.

        Accordingly,

        **IT IS ORDERED** that Plaintiff's motion to stay and conduct limited discovery (Docket #15) be and the same is hereby **GRANTED**;

        **IT IS FURTHER ORDERED** that Plaintiff shall be permitted to conduct limited discovery on the jurisdiction issue raised in Defendant's motion to dismiss; and

**IT IS FURTHER ORDERED** that Plaintiff's response to Defendant's motion to dismiss shall be due on or before May 15, 2017.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge